IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HORACE MANN INSURANCE COMPANY,    3:15-cv-00164-PK
an Illinois corporation,
                                   ORDER
        Plaintiff,

v.

TRIET TRAN, ROY SEO, and
YUNJU KANG,

        Defendants.

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#63) on March 30, 2016, in which he recommends this Court grant Plaintiff's Motion (#59) for Summary Judgment and declare Plaintiff has no obligation to issue benefits to Defendants Triet Tran, Roy Seo, and Yunju Kang under the terms of Plaintiff's insurance contract, if any, with Yen Thi Ngo.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#63). Accordingly, the Court **GRANTS** Plaintiff's Motion (#59) for Summary Judgment and **DECLARES** Plaintiff has no obligation to issue benefits to Tran, Seo, and Kang under the terms of Plaintiff's insurance contract, if any, with Ngo.

IT IS SO ORDERED.

DATED this 2nd day of May, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER